IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-41-BLG-SPW-13 |
| Plaintiff, | |
| vs. | ORDER |
| KEILEE SHAMBRAE DIAZ | |
| Defendant. | |

Upon the Defendant's Unopposed Motion to File Document Under Seal (Doc. 295), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Motion (Doc. 295) is **GRANTED**. Defendant's chemical dependency evaluation shall be filed under seal.

DATED this 24th day of October, 2023.

SUSAN P. WATTERS
United States District Judge

1